## Robert C. Whitaker, Jr.

**From:** Salon, Neil <Neil.Salon@peoplefluent.com>
**Sent:** Tuesday, November 10, 2015 4:47 PM
**To:** Robert C. Whitaker, Jr.
**Subject:** RE: Family Dollar

Bob,

I spoke to our General Counsel and we do not want to have any further contact with her. You can represent to the Court that you spoke to me and I believe her affidavit mischaracterized the conversation I had with her on Friday, November 6 in a number of ways.

Neil W. Salon
Corporate Counsel
PeopleFluent
p. 781-530-2197
e. neil.salon@peoplefluent.com



Click here to experience the power of the new PeopleFluent Mirror Suite

**From:** Robert C. Whitaker, Jr. [mailto:rwhitaker@hancocklaw.com]
**Sent:** Tuesday, November 10, 2015 4:02 PM
**To:** Salon, Neil <Neil.Salon@peoplefluent.com>
**Subject:** Family Dollar

Neil,

DeAnna's email address is: schleuslaw@gmail.com .

Thanks,
Bob

**Robert C. Whitaker, Jr.**
**Hancock Estabrook, LLP**

1500 AXA Tower I | 100 Madison Street | Syracuse, New York 13202
Phone: 315.565.4500 | Fax: 315.565.4600 | Email: **rwhitaker@hancocklaw.com** | www.hancocklaw.com



1