# HANCOCK ESTABROOK, LLP

COUNSELORS AT LAW

**ROBERT C. WHITAKER, JR.**
rwhitaker@hancocklaw.com

December 18, 2015

**VIA CM/ECF**
Hon. Andrew T. Baxter
United States Courthouse
100 South Clinton Street
P.O. Box 7396
Syracuse, New York 13261

Re: *Christopher R. Benson v. Family Dollar Stores, Inc. et al.*
Civil Action No.: 12-CV-1457 (NAM/ATB)

Dear Magistrate Judge Baxter:

    As directed by the Court, I write to provide a revised schedule for the completion of discovery and the filing of dispositive motions. *See* Dkt. No. 73. Counsel for the parties have conferred and agreed that February 12, 2016 would be an appropriate deadline for the completion of discovery. The parties have also agreed that March 11, 2016 is an appropriate deadline for the filing of dispositive motions.

    If these proposed deadlines are acceptable, the parties respectfully request that the Court modify the Scheduling Order accordingly. Thank you for your consideration of this request.

Respectfully submitted,

HANCOCK ESTABROOK, LLP

Robert C. Whitaker, Jr.

RCW:mlt
cc: DeAnna Schleusner, Esq. (via ECF)
     John McCann, Esq.
     Lynn Kappelman, Esq.